# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| HUGH L. RILEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 07-4102-CV-C-NKL |
| ) | |
| LARRY CRAWFORD, Director, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On August 20, 2007, United States Magistrate Judge William A. Knox recommended that plaintiffs' request for certification of a class action be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of August 20, 2007, is adopted. [14] It is further

ORDERED that plaintiffs' request for certification of a class action is denied.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: October 3, 2007
Jefferson City, Missouri